**Jan DAWDY, (now Jungewaelter), Appellant,**

v.

**Vernon R. DAWDY, Respondent.**

**No. WD 51029.**

Missouri Court of Appeals,
Western District.

Submitted Jan. 31, 1996.

Decided April 30, 1996.

Jody Wolff, St. Louis, for appellant.

Ervin D. Lofftus, Fenton, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from an order modifying a decree of dissolution, directing that appellant pay the sum of $300.00 per month towards the cost of college expenses. The court, having carefully considered the arguments of appellant, affirms the judgment of the trial court.

Judgment affirmed. Rule 84.16(b).

■

**Michael J. DEIERL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51623.**

Missouri Court of Appeals,
Western District.

April 30, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).